# Exhibit A

Callie Eide

18740 Partridge Circle

Eden Prairie, MN 55346

612-710-0570

December 20, 2023

Re; Hanssen, Timothy Paul

To Whom it May Concern:

I am writing in support of my nephew, Timothy Hanssen in relation to his upcoming sentencing.

Having known Tim his entire life gives me a vantage point few have of his sincere lifelong efforts to overcome heartbreaking loss, traumatic events and addiction resulting in emotional and mental difficulties.

Tim is indeed one of the kindest, most compassionate human beings as exemplified by his commitment to family and anyone he thinks he can help.

As evidenced by his misguided loyalty to a woman that abused him, a fugitive now identified on Facebook as 'Monica Monica'. I witnessed his downfall at the hands of a polluted industry and documented abusive manipulation by his former wife who is the owner of the company.

He has indicated to me numerous times his truly sincere regret and contrition for his associated actions in the final years of association with her and his many attempts to successfully complete drug addiction treatment.

I truly ask that the court take into consideration Tim's very valuable contribution to society and our family.

He is always present when asked for assistance and has expressed a sincere desire to support myself and my husband with our lives. As we are are a kidney donor and recipient we will continue to be limited in our abilities as we age and are truly appreciative of Tim's efforts and future intentions in our lives.

He is an excellent painter and craftsman, finding joy in household maintenance. His extensive experience with motorcraft is a viable, ongoing means of support for him and he interacts with co-workers and clients with aplomb.

I have no doubt that when Tim regains his freedom he will be a successful and contributory member of society and for our family.

Thank you for your consideration.

*Callie M. Eide*

Callie Eide



Callie Eide
18740 Partridge Cir.
Eden Prairie, MN  55346

MINNEAPOLIS MN 553
22 DEC 2023   PM 6  L



RECEIVED
12/27/23



SCANNED
12/27/23

Attn: HANSSEN FILE

Brian Toder, Esq.
Chestnut Cambronne
100 Washington Ave. So.
Suite 1700
Minneapolis, MN
55401-2138