# Exhibit C

When I met Tim in late June, he was suffering. Less than a month before, his ex-wife had fled the country with his stepson and dog – possibly to never be seen by him again, and leaving him with confusion, anger and a sense of abandonment I can't even imagine.

As we grew to know each another, I learned of the mental, verbal, and even physical abuse Tim endured throughout his relationship with his ex wife. But also during that time I saw Tim blossom; I began to understand his undeniable qualities of selfless love, and unquestioning generosity of his time and anything else he has to offer. He is truly one of the most generous spirits I've ever known!

There is no question that Tim has made bad choices. I honestly considered turning and running the other way when he told me his story. The one reason I didn't is because I believe, deep in my heart, that he is a good person. His addiction has undeniably contributed to bad decisions, and from what I understand, the abuse he endured perpetuated the addiction. It was a constant cycle that he has tried to escape many times, sometimes with success, if only for a short while.

I see Tim being able to finally break this cycle. I see Tim utilizing his past experiences to help others. I see Tim's generous spirit enabling those grappling with their own addiction issues to break free. I see a future for Tim, one without the torment of abuse by the one he loved. I see Tim finally able to live a life with a positive future.

Sincerely,



Kiersa Notz