# Exhibit D

To whom it may concern:

My name is Lisa Skaff, and I am a close friend of Tim Hanssen.

When I met Tim in June of 2023, he was charming, outgoing, and kind. He ended up dating one of my best friends, Kiersa. As any good friend would, I was watching their relationship and learning who Tim was by how he treated Kiersa and others. I also noticed how Tim carried and viewed himself. He has a way of reading the room, and learning and appreciating the intricacies and uniqueness of every human being. He pays attention to others needs above his own, and he empathizes with other peoples situations and stories.

As time grew, I saw that Tim was a very loyal and true friend. As I got to know his friends, I learned quite quickly that these guys would do anything for Tim, and that Tim would take the shirt off his back in a heart beat for any one of them. As I watched Tim work hard to take care of his own environment, his own self, and his relationship with Kiersa, I also watched him foster and maintain his relationships with his close sister, his boss, those he sponsored through the years with AA, and his friends.

Tim was very open and honest about his story as time went on. Because of his current situation, I have observed and learned a lot about who Tim is down the core. It is not often a person has the privilege to get to know someone who is facing a prison sentence in their near future. I truly believe that because of Tim's current situation, I was able to see him for who he truly is behind the facade of life. I got to see Tim, just Tim.

Tim has a heart of gold that is warm, caring, understanding, and deeply thoughtful. He listens with intent, and follows through with action. With his warmth and inner sense of peace, Tim is very welcoming and inviting to all that enter his home or cross his path. I feel safe when I am around Tim. At the end of the day, I think that is what it comes down to. Safety.

We have a criminal justice system and prison as a consequence of those who are to be locked up because they are a danger to society. Although the danger predicted is deception and greed, I do not see either of those traits in Tim, nor any trait that would cause harm to others. Tim lives his life to make others lives better. If Tim has it, he would give it to you. If he can fix it for you he will. If you need help, you can call Tim and you know without a doubt he will answer the phone and be there. He will listen without judgment and empathize. Tim brings goodness, strength, and kindness wherever he goes. People feel better after interacting with Tim. He makes my daughter feel more confident about herself, he makes her smile, laugh, and he sends her away with a little sparkle. He makes Kiersa a version of herself I have never seen. She is a smart, intuitive, logical, woman who honestly usually doesn't give a man the time of day. Tim was different. He was honest from the start. I think because he was so truly vulnerable and willing to be himself, it caused her to trust him and realize that he is worth her time, love, and attention. As a friend standing by, you can only imagine how protective I am of her, and how closely I have watched and been involved in this relationship and in Tim's life. I have been very close with them, a third wheel you could say. My caution light was on when I heard Tims story,

and yes, I know all of it. What I chose to do, which I am so grateful I did, was to stop and say to myself "Those are the choices he made, but who is he as a person, as well as how did those circumstances make him who he is today." I am an educator, and we have our own smaller version of a criminal justice system in the schools. Yes, if my student had prior offenses, then instead of going to the principals office, there may be a higher consequence. There is also, however, through restorative practices ways to bring that student back into the learning environment with lessons learned, watching them grow and contribute in a positive way to the classroom. Just like I have said to hundreds of students "You aren't a bad person, you just made a bad choice." I am now saying to Tim. Through my 43 years on this earth and 25 years of teaching, I have learned that yes, there are bad choices and we can fix them, change, and be better. But I have also learned that there are also just bad people out there. People who our in it for themselves, who will never change. Tim is not one of those people. Tim is good to the core, and gives that goodness out in any way he can. Honestly, what I see is that he got caught up in this crime. Once he realized what was happening, it was too late to stop it, and the pressure from the people around him was a force stronger and faster than his two hands and feet could stop. It ran him over, and he is remorseful about it daily. He doesn't lie, or try to pass the blame. He owns it, and understands it completely. He knows his role in it, and has only taken every day since the FBI showed up at his house to continue to move forward, living every day with gratitude, and showering the world with kindness and love. Losing Tim to prison is a waste of space in that jail cell. Out here he fixes what is broken, improves where improvement is needed, uplifts those who are low, and offers his talents, skills, cunning personality, and heart to all. I would not be bringing my daughter around or have invested so much time in someone I know is going to prison unless I didn't firmly believe this man was good. He is good to the core.

Thank you for considering my thoughts. They are truly from the heart,

*[signature]*   12/12/2023