# Exhibit E

To the Honorable Judge presiding,                December 16, 2023

Your Honor,

My son, Timothy Hanssen, has had a pretty rocky road growing up, I was not an active father until Tim was about 11. Tim was the product of several different home situations, some of them were not very good.
Tim was exposed to the drug life at an early age and made lots of poor choices because of it.
In my best efforts to assist and help Tim change things around lots of good was done and he was on the road to success, but drugs came back into his life and spoiled that once again.

Tim has had lots of on and off addiction problems which have landed him in various troubles most of his life.

Over the last several months and past couple years, in conversation with and visits with Tim, I think he can lead a productive life, he has a good job lined up with a good company in boat restoration and refurbishing which he has been engaged in for a good period of time successfully.
I think Tim can turn his life around after a debt paid to society. Any consideration you may give Tim would be greatly appreciated.

Sincerely,

Peter Hanssen

Hanssen
12610 #102
Hopkins, MN 55305



MINNEAPOLIS MN 553
18 DEC 2023 PM 4 L

RECEIVED 12/20/23

SCANNED 12/20/23

Chestnut - Cambronne
MR. BRIAN Toder Atty
100 Washington Av. So.
#1700
minneapolis, MN 55401